IN THE

TEXAS COURT OF CRIMINAL APPEALS

Michael Edward Wysack §     Trial court cause No.
   Appellant                  68,910 Brazoria County, Texas

V.                     §

The state of Texas         Houston court of Appeals
   Appellee            §     case Number 01-13-00683-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG ... 2015
Abel Acosta, Clerk

APPELLANT WYSACK FIRST MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:
Comes Now Michael Edward Wysack, Appellant Prose, and
files this motion for an extension of sixty (60) days in which
to file a petition for Discretionary Review (PDR) In support
thereof, he shows the following:

FILED IN
COURT OF CRIMINAL APPEALS
AUG 13 2015
Abel Acosta, Clerk

I

Appellant was convicted in the 23RD District court of
Brazoria county, Texas for the offense of five counts
of Aggravated sexual Assault of a child in trial cause No.
68,910, The state of Texas V. Michael Edward Wysack.
Appellant appealed To the Houston court of Appeals (Appellate
case Number 01-13-00683-CR

II

The present deadline for filing The PDR is August 14, 2015;
The Houston court of appeals affirmed on July, 16th, 2015

III

Appellant's request for an extension is based on (1) Appellant
not being informed about the court of Appeals affirming
the case until July 29th 2015, (2) Appellant's attempt, since
learning about the court of Appeals decision, to gain Legal
representation for his PDR since, (3) Mr. Keith G. Allen (Appellant's
appellate counsel) informed Appellant that he will Not represent
Appellant on the PDR.
Therefore, Appellant prays This court grants This motion and

extend the deadline for filing the PDR in this appeal.

Respectfully submitted

Michael Edward Wysack

Michael Edward Wysack

#01869233

michael unit

2664 FM 2054

Tennessee colony, TX 75886

Pro se

## INMATE'S DECLARATION

I, michael Edward wysack, TDCJ-CID #01869233, being presently incarcerated on the michael unit of the Texas Department of criminal Justice in Anderson county, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 30 day of July , 2015.

Michael Edward Wysack

michael Edward wysack

## CERTIFICATE OF SERVICE

I, michael Edward wysack, TDCJ #01869233, certify that a true and correct copy of the foregoing pleading was placed in the mailbox on the michael unit, postage pre-paid, and addressed to:

Brazoria county District Attorney

Jeri Yenne

Brazoria county courthouse

111 E. Locust, Room 408A

Angleton, TX 77515 .

Michael Edward Wysack

michael Edward wysack

July , 30 , 2015